**Curtis L. NORTHINGTON, Jr., Appellant,**

v.

**SAINT LOUIS COUNTY GOVERNMENT, Appellee.**

No. 10–2146.

United States Court of Appeals, Eighth Circuit.

Submitted: June 15, 2010.

Filed: July 6, 2010.

Curtis L. Northington, Jr., St. Louis, MO, pro se.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Curtis Northington, Jr. appeals the district court's [1] dismissal for lack of subject matter jurisdiction. Northington filed a complaint against the Saint Louis County Government for breach of contract. Northington claims he entered into a contract with the Saint Louis County Government fifteen years ago for $3. According to Northington, the face value of this contract is now $25,000, and he is seeking damages in that amount.

The district court properly dismissed the cause of action for lack of subject matter jurisdiction. The complaint does not raise a federal question claim under 28 U.S.C. § 1331. Nor does the cause of action meet the diversity requirement of 28 U.S.C. § 1332, as both parties are residents of Missouri and the amount in controversy does not exceed $75,000.

The judgment of the district court is affirmed.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.